IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTRO & CO., LLC, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:18-cv-574-M |
| DIAMOND OFFSHORE SERVICES LIMITED, JANE MUNOZ, AND EMILY ROSENBURG, | | |
| Defendants. | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on June 21, 2018. *See* Dkt. No. 24. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 11th day of July, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE