IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTRO & CO., LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-CV-574-M |
| | § | |
| DIAMOND OFFSHORE SERVICES, LIMITED, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 29, 2018, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. This Court therefore denies Defendant Diamond Offshore Services Limited's Motion for Rule 11 Sanctions [Dkt. No. 27] and denies Plaintiffs Castro & Co., LLC and John Rabe's request for an award under Federal Rule of Civil Procedure 11(c)(2) of their attorney's fees in responding to Defendant Diamond Offshore Limited's Motion for Rule 11 Sanctions [Dkt. No. 27].

.

**SO ORDERED** this 20th day of November, 2018.

_BARBARA M. G. LYNN_
BARBARA M. G. LYNN
CHIEF JUDGE